## IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | |
|---|---|
| UNITED STATES OF AMERICA | : No. 1 EM 2022 |
| | : |
| | : |
| v. | : |
| | : |
| | : |
| MARC J. HARRIS | : |
| | : |
| | : |
| PETITION OF: UNITED STATES COURT | : |
| OF APPEALS FOR THE THIRD CIRCUIT | : |

## **ORDER**

**PER CURIAM**

**AND NOW**, this 14th day of February, 2022, the Petition for Certification of Question of Law is GRANTED.  The Court shall consider the following issue:

> Whether the Pennsylvania First-Degree Aggravated Assault provision, codified at 18 Pa. Cons. Stat. § 2702(a)(1), requires some use of physical force, as the Government contends, or, instead, as the Pennsylvania Superior Court said in Commonwealth v. Thomas, 867 A.2d 594, 597 (Pa. Super. Ct. 2005), the statute means that "the use of force or threat of force is not an element of the crime …."

The Amended Motion to Withdraw Application for Stay is GRANTED, to the extent it seeks to withdraw the Application for Stay.  In all other respects, the Amended Motion to Withdraw Application for Stay is DENIED.

Marc J. Harris is DESIGNATED as Appellant, and the United States of America is DESIGNATED as Appellee.

The Prothonotary is DIRECTED to establish a briefing schedule and list this case for oral argument.

Additionally, the Prothonotary is DIRECTED to serve this order on the Office of Attorney General. The Office of Attorney General is INVITED to submit a brief and participate in oral argument as to the issue identified above.